■ In the Matter of NICOLAS GRANTO et al., Appellants, et al., Petitioner, v CITY OF NIAGARA FALLS, Respondent. (Appeal No. 2.) [48 NYS3d 906]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered November 30, 2015. The order denied the motion of petitioners for leave to renew their opposition to respondent's motion to dismiss the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Granto v City of Niagara Falls* ([appeal No. 1] 148 AD3d 1694 [2017]). Present—Smith, J.P., Centra, Peradotto, Lindley and Curran, JJ.